**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | |
|---|---|
| Deangela Washington, <br><br> Plaintiff, <br> v. <br><br> Westlake Financial; and DOES 1-10, inclusive, <br><br> Defendants. | Civil Action No.: 8:19-cv-01352-GJH |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days. The Plaintiff hereby respectfully requests above-entitled Court to enter Rule 111 Order.

Dated: September 24, 2019

                                               Respectfully submitted,

                                               By   /s/ Sergei Lemberg
                                               Sergei Lemberg, Esq.
                                               LEMBERG LAW, L.L.C.
                                               43 Danbury Road, 3rd Floor
                                               Wilton, CT 06897
                                               Telephone: (203) 653-2250
                                               Facsimile:  (203) 653-3424
                                               ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 24, 2019, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of Maryland Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                 By_/s/ Sergei Lemberg_____

                                         Sergei Lemberg